## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO.: 16-05487 BKT |
|---|---|
| CARLOS M. VAZQUEZ COLON | CHAPTER 13 |
| DEBTOR | |

### AMENDED CHAPTER 13 PAYMENT PLAN

**TO THE HONORABLE COURT:**

**COMES NOW DEBTOR(S),** through the undersigned attorney and most respectfully states and pays as follows:

1. Debtor respectfully submits an Amended Chapter 13 Payment Plan, dated October 24, 2016. This Amended Plan is filed to cure the objection to the confirmation filed by Trustee.

WHEREFORE it is respectfully requested from this Honorable Court that notice be taken of the Amended Payment Plan.

CERTIFICATE OF SERVICE: I hereby certify that the foregoing motion has been filed with the Clerk of the court using the CM/ECF system that will electronically notify parties in interest, to Chapter 13 Trustee and US Trustee Office. Non CM/ECF participants that are interested parties will be notified by regular US Postal Service.

In Cayey, Puerto Rico this 24 day of October, 2016.

/s/Miriam A. Murphy Lightbourn
MIRIAM A. MURPHY LIGHTBOURN
USDC 202814
PO BOX 372519.
CAYEY, PUERTO RICO 00737
PHONE: 263-2377; FAX: 738-4667
EMAIL: mamurphyli82@gmail.com

United States Bankruptcy Court
District of Puerto Rico, San Juan Division

IN RE: **VAZQUEZ COLON, CARLOS MANUEL**
Debtor(s)

Case No. _____
Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **10/24/2016**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **180.00** x **3** = $ **540.00**
$ **150.00** x **57** = $ **8,550.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **9,090.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **9,090.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ **2,718.00**

Signed: **/s/ CARLOS MANUEL VAZQUEZ COLON**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **MUEBLERIAS BERR** Cr. _____ Cr. _____
# **CLAIM 1** # _____ # _____
$ **3,032.25** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
DEBTOR TO PROVIDE ADEQUATE PROTECTION PAYMENTS TO MUEBLERIAS BERRIOS THRU THE TRUSTEE IN THE SUM OF $30.00 PER MONTH UNTIL CONFIRMATION PLAN. DEBTOR ASSUMES RESIDENTIAL LEASE WITH ROSA RIVERA.
PRIORITY: ASUME ARREARS $1,666.71 WILL BE PAID THROUGH THE TRUSTEE. DEBTOR TO CONTINUE MAKING CURRENT DIRECT PAYMENTS TO ASUME.
TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. THE PLAN SHALL BE DEEMED MODIFIED BY SUCH AMOUNT, WITHOUT THE NEED OF FURTHER COURT ORDER. THE DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR ANY USE OF FUNDS.

Attorney for Debtor **Miriam A. Murphy & Associates PSC**          Phone: **(787) 263-2377**

AMENDED CHAPTER 13 PAYMENT PLAN